# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria **Division**

In re  Shane N Anderson
Cynthia R Canady

Case No.   13-11536-RGM

Debtor(s)    Chapter   7

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to    April 26, 2013   , which is the seventh day prior to the scheduled meeting of creditors, for filing the following:

List, Schedules and Statements

WILLIAM C. REDDEN
Clerk of Court

By /s/ Anthony L. Shepherd
Deputy Clerk

Date: April 19, 2013

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

April 19, 2013

[oextflss ver 12/09]