# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**In re:**                                                      **Case Number**   13–11536–RGM
                                                                **Chapter**   13
Shane N Anderson
Cynthia R Canady

                Debtor(s)

## NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*           Shane N Anderson, 6169 Myradale Way
                              Haymarket, VA 20169
                              Cynthia R Canady, 6169 Myradale Way
                              Haymarket, VA 20169

    *Attorney for Debtor(s)*     Nathan Dee Baney, Surovell, Isaacs, Petersen, & Levy PLC
                                                    4010 University Ave.
                                                    2nd Floor
                                                    Fairfax, VA 22030

    *Trustee*                    Thomas P. Gorman, 300 N. Washington St. Ste. 400
                                                    Alexandria, VA 22314

    *United States Trustee*      115 S. Union Street, Suite 210, Alexandria, VA, 22314

The automatic dismissal of the above–referenced case having been suspended pursuant to Local Bankruptcy Rule 1017–3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* July 24, 2013
*Time:* 09:30 AM
*Location:* Judge Mayer's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 South Washington St., Courtroom II, Alexandria, VA 22314

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

25 – Order Granting Motion to Convert Case to Chapter 13 (Related Doc # 18) Plan Due 6/12/2013. Statement of Current Monthly Income Official Form B22 due: 6/12/2013. (Shepherd, Anthony)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ is due and owing to the Clerk of Court.

Dated:   June 20, 2013                    William C. Redden, Clerk
                                          United States Bankruptcy Court

                                          By: /s/Anthony Shepherd, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 13-11536-RGM
Shane N Anderson                                                    Chapter 13
Cynthia R Canady
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9        User: shepherda          Page 1 of 2          Date Rcvd: Jun 20, 2013
                            Form ID: showcaus        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2013.
db/jdb         +Shane N Anderson,    Cynthia R Canady,   6169 Myradale Way,    Haymarket, VA 20169-3235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**          **Signature:**    _Joseph Speetjens_

```
District/off: 0422-9           User: shepherda              Page 2 of 2                   Date Rcvd: Jun 20, 2013
                               Form ID: showcaus            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2013 at the address(es) listed below:
        Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov
        Nathan Dee Baney    on behalf of Joint Debtor Cynthia R Canady nbaney@siplfirm.com,
         baneyecf@gmail.com
        Nathan Dee Baney    on behalf of Debtor Shane N Anderson nbaney@siplfirm.com,   baneyecf@gmail.com
        Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com
                                                                                                                                                                 TOTAL: 4