UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In Re: Shane N. Anderson )<br>　　　　Cynthia R. Canady　　　　) <br>　　　　　　　　　　　　　　　) <br>　　　　Debtor.　　　　　　　　) <br>_____ ) | Case No.: 13-11536-RGM<br>Chapter 13 |

<u>ORDER</u>

The Debtors, SHANE N. ANDERSON and CYNTHIA R. CANADY, by counsel, pursuant to 11 U.S.C. § 302, have filed a Motion to Sever Joint Administration of their Chapter 13 case and Convert the Individual case of Cynthia R. Canady to a case under Chapter 7 of the Bankruptcy Code.

The Court, having reviewed the Motion and the statements of counsel in support thereof, and the Court being fully advised of the premises of the request and having determined that the factual basis set forth in the Motion establish just cause for the relief granted herein, it is hereby

ORDERED that the Motion to Server is hereby GRANTED, ant it is further

ORDERED that the joint administration in the pending bankruptcy of Shane N. Anderson and Cynthia R. Canady will be handed separately in all aspects – substantively and procedurally after the entry of this Order, and it is further

ORDERED that the Clerk's office will assign a new case number to the case of Cynthia R. Canady, and it is further

I ASK FOR THIS:
Nathan D. Baney, Esq. (VSB#: 75935)
Surovell, Isaacs, Petersen, & Levy PLC
4010 University Drive, 2nd Fl.
Fairfax, Virginia  22030
T:  703-251-5400
nbaney@siplfirm.com

ORDERED that Claim #3 of SVO Myrtle Beach, LLC and Claim #4 of Student Loan Servicer Center filed in case number 13-11536 be transferred to the new case of Cynthia R. Canady; and it is further

ORDERED that both Debtors shall file amended lists, forms, and schedules in their respective cases within 10 days from the entry of this Order; and it is further

ORDERED that the Ch. 13 case of Shane Anderson shall be dismissed unless, within 21 days of the entry of this Order, Mr. Anderson files an Amended Ch. 13 Plan; and it is further

ORDERED that the Clerk's office shall serve (by electronic means or first class mail) copies of this Order to the mailing matrix in both cases.

Date: Jul 30 2013

/s/ Robert G. Mayer
United States Bankruptcy Judge

I ASK FOR THIS:

Entered on Docket: Jul 31 2013

/s/ Nathan D. Baney
Nathan D. Baney, Esq.  (V.S.B. No. 75935)
SUROVELL, ISAACS, PETERSEN, & LEVY PLC
4010 University Ave., 2nd Floor
Fairfax, Virginia  22030
Direct:  (703) 277-9768
nbaney@siplfirm.com

SEEN:

_/s/ Thomas P. Gorman_
Thomas P. Gorman, Esq.
Chapter 13 Trustee
300 N. Washington Street
Suite 400
Alexandria, Virginia  22314


CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2013, a true copy of the foregoing Motion was served on or endorsed by all necessary parties.


/s/ Nathan D. Baney